UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

LYNDON F. FRINK, *Trustee for the United States Living Trust #LFF39472*  )
        Plaintiff,  )
)
v.  )  **JUDGMENT**
)
)  No. 7:18-CV-200-FL
DEUTSCHE NATIONAL BANK TRUST COMPANY, *as Trustee for Morgan Stanley ABS Capital I Inc Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1*  )
        Defendant.  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 14, 2019, more particularly described therein, that this case is remanded to the General Court of Justice, Superior Court Division, Brunswick County, North Carolina.

**This Judgment Filed and Entered on January 14, 2019, and Copies To:**
Lyndon F. Frink (via US mail - 5325 Willie Frink Rd, NW Ash, NC 28420)
Jake Randall Garris / John T. Benjamin, Jr. (Via CM/ECF Electronic Notification)
The Clerk of Court of Brunswick County (via US mail - Brunswick County Courthouse, 310 Government Center Drive NE, Unit 1, Bolivia, NC 28422.)

January 14, 2019          PETER A. MOORE, JR., CLERK
                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk